UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT O'NEIL,

          Plaintiff,      Civil Action No.: 1:23-cv-02586-RA

-against-

                  AFFIDAVIT OF SERVICE

WHITE CAT MEDIA, INC.,

         Defendants.

---

State of New York)
      SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 3rd day of April, 2023 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action and Complaint on **WHITE CAT MEDIA, INC.** by delivering and leaving with Nancy Dougherty, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Nancy Dougherty is a white female, approximately 62 years of age, stands 5 feet 4 inches tall, weight approximately 145 pounds with brown hair.

Sworn to before me this 3rd day of
April, 2023

_Ann M. Malone_                  _Jeffrey Teitel_
Ann M. Malone                   Jeffrey Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024