## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert O'Neil,

              Plaintiff,

              v.

White Cat Media, Inc.,
              Defendant.

Case No: 1:23-cv-02586-RA

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, I caused to be served via USPS First Class mail a copy of the Order and Notice of Initial Conference on:

    White Cat Media, Inc.
    33 Riverside Drive
    Suite 5E
    New York, NY 10001

              By: */s Jason Rosenthal*
              Jason Rosenthal