

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 24, 2023

<u>*Via ECF*</u>

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Robert O'Neil v. White Cat Media, Inc.*
             Docket No: 1:23-cv-02586-RA

Dear Judge Abrams:

      We are the attorneys for Plaintiff Robert O'Neil ("Plaintiff") in the above-captioned matter and write to provide the Court with a status update. On April 28, 2023, the Clerk of Court entered default against Defendant, White Cat Media, Inc. ("Defendant"). Plaintiff is currently attempting to contact Defendant in the hope of resolving this case. In the event Plaintiff is unable to resolve the case within thirty (30) days, Plaintiff intends to file his motion for default judgment.

                                                     Respectfully submitted,

                                                     **SANDERS LAW GROUP**

                                                     <u>/s *Jaymie Sabilia-Heffert*</u>
                                                     Jaymie Sabilia-Heffert

                                                     *Attorneys for Plaintiff*